UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| SHARON HALL and | ) | |
|---|---|---|
| BRIANNA MCCOMBS, | ) | |
| | ) | Civil No. 3:16-cv-068-GFVT |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | **MEMORANDUM OPINON** |
| JANET CONOVER, et al., | ) | **& ORDER** |
| | ) | |
| Defendants. | ) | |

*** *** *** ***

Plaintiffs Sharon Hall and Brianna McCombs are inmates at the Kentucky Correctional Institute for Women (KCIW) in Pewee Valley, Kentucky. Proceeding without counsel, the plaintiffs filed a civil rights complaint pursuant to 42 U.S.C. § 1983, alleging that the defendants violated their constitutional and statutory rights to practice their religion. [R. 1].

The Court, however, will dismiss the plaintiffs' complaint. That is because the Eleventh Amendment bars suits for money damages against state officials acting in their official capacities, *see Rodgers v. Banks*, 344 F.3d 587, 594 (6th Cir. 2003), and that is exactly what the plaintiffs are seeking in this case. Indeed, the plaintiffs state in their complaint that they are seeking $3.5 million in punitive damages and suing each of the defendants only in their official capacities. [R. 1 at 2, 5]. Therefore, the Court will dismiss the plaintiffs' complaint.

Accordingly, **IT IS ORDERED** that:

1. The plaintiffs' complaint [R. 1] is **DISMISSED WITH PREJUDICE**.

2. This action is **STRICKEN** from the Court's docket.

3. The Court will enter an appropriate judgment.

This the 2nd day of May, 2017.

Gregory F. Van Tatenhove
United States District Judge